Michael T. Harrison (SBN 158983)
mharrison30@aol.com
LAW OFFICES OF MICHAEL T. HARRISON
25876 The Old Road, #304
Stevenson Ranch, CA 91381
Telephone: 661-257-2854
Facsimile: 661-257-3068

Attorney for Plaintiff Marsi Zintel

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARSI ZINTEL, individually and on behalf of all others similarly situated, Plaintiff, v. FINANCIAL PARTNERS CREDIT UNION, Defendant. | CASE NO. SACV09-0868 DOC (MLGx)<br><br>[~~PROPOSED~~] FINAL APPROVAL ORDER<br><br>Action Filed: July 28, 2009 |

### [~~PROPOSED~~] FINAL APPROVAL ORDER

This matter comes before the Court on the joint request of Plaintiff, the Class Members and Defendant for final approval of the Class Action Settlement Agreement and Release (the "Settlement Agreement"), and having considered the papers submitted to the Court and proceedings to date, THE COURT FINDS AS FOLLOWS:

(1) The Court has jurisdiction over the subject matter of this Lawsuit, the Class Representative, the Class Members and Defendant;

(2) Notice was given to the Class pursuant to paragraph 2.4 of the Class

Action Settlement Agreement and Release in this matter;

(3) The dissemination of Notice, as provided for in the Preliminary Approval Order and the Settlement Agreement, constituted the best practicable notice under the circumstances to all Class Members and fully met the requirements of Fed. R. Civ. P. 23, any and all substantive and procedural due process rights guaranteed by the United States Constitution and any other applicable law;

(4) _0_ Members of the Settlement Class opted out of the Settlement Agreement;

(5) _0_ Members of the Settlement Class objected to the Settlement Agreement;

(6) The Settlement Agreement is fair, reasonable and adequate.

**THEREFORE, IT IS HEREBY ORDERED:**

A.  That all defined terms contained herein shall have the same meanings as set forth in the Settlement Agreement;

B.  That the Settlement Agreement, including the Limited Release from the Class members to IronStone Bank contained therein, is finally approved and the Parties shall implement it pursuant to its terms;

C.  That, except as to any person who has timely and effectively requested exclusion from the Settlement Agreement, the Court

[Proposed] Final Approval Order

hereby dismisses with prejudice this Lawsuit, all claims contained therein and all Released Claims;

D. That this Court reserves exclusive and continuing jurisdiction and venue with respect to consummation, implementation, enforcement, construction, interpretation, performance and administration of the Settlement Agreement or Judgment;

E. That, except as otherwise provided in the Settlement Agreement wherein Class Counsel is to receive $9,000 for their attorneys' fees and costs or herein, the Parties are to bear their own attorneys' fees and costs; and

F. That this Court bars and permanently enjoins all Class Members, except any person who timely and effectively requested exclusion from the Settlement Agreement, from instituting or prosecuting any action or proceeding, whether class or individual, against Defendant for liability based upon the Released Claims.

SO ORDERED this 18 day of October, 2010.

David O. Carter
United States District Judge

- 3 -

[Proposed] Final Approval Order